HURON LODGE, NO. 444, OF THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS, a Corporation, Appellant,
v. McNAMARA, Respondent.

(222 N. W. 144.)

(File No. 5799. Opinion filed December 4, 1928.)

*Null & Royhl, Crawford & Crawford,* and *Wilmarth, McCoy & McCoy,* all of Huron, for Appellant.

*Gardner & Churchill,* of Huron, for Respondent.

PER CURIAM. In the above case an appeal was taken to this court, and on the 7th day of July, 1928, opinion was filed, and is reported in 220 N. W. 468. Thereafter a rehearing was granted. Pending the rehearing the action has been settled and a motion made to dismiss the appeal. The opinion filed is therefore withdrawn, and the appeal dismissed without cost to either party.